FRED A. BRATT, Respondent, *v.* ALFRED C. GIBBS et al., Appellants.

*Bratt* v. *Gibbs*, 103 App. Div. 600, affirmed.
(Argued June 8, 1906; decided June 21, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 11, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for services.

*J. B. McCormick* for appellants.

*Fred A. Bratt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Not sitting: CHASE, J.